**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSENDO GARCIA, an individual,, | ) Case No: 2:18-cv-10785-CJC-AGR |
| Plaintiff, | ) |
| vs. | ) **ORDER DISMISSING ELITE LINE** ) **SERVICES, INC.** |
| VANDERLANDE INDUSTRIES, INC., a Delaware corporation; AEROTEK AVIATION, LLC; an entity of unknown origin; CONSTRUCTION RECRUITERS AMERICA STAFFING, INC. an entity of unknown origin; ELITE LINE SERVICES, INC., an entity of unknown origin; and DOES 1-25, inclusive, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

THE COURT, having considered the parties' joint stipulation and good cause appearing therefor;

IT IS ORDERED dismissing Defendant Elite Line Services, Inc. with prejudice.

IT IS FURTHER ORDERED that Plaintiff Rosendo Garcia and Defendant Elite Line Services, Inc. shall bear their own respective costs of suit.

IT IS SO ORDERED.

DATED: December 10, 2019 _____

The Hon. Cormac J. Carney
United States District Judge